UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FREEDOM FOREVER WASHINGTON LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>SOLAR CANARY LLC; AND INFINITY SOLAR LLC,<br><br>                Defendants. | C24-1981 TSZ<br><br>MINUTE ORDER |

      The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

      (1)    The Parties' Stipulated Protective Order, docket no. 24, is ADOPTED in full by the Court.

      (2)    The Parties' Stipulated Motion to Extend Deadline to Respond to Counterclaim, docket no. 25, is GRANTED. Plaintiff's deadline to respond to Defendant Infinity Solar LLC's counterclaim is EXTENDED to April 16, 2025.

      (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

      Dated this 28th day of March, 2025.

                                                    Ravi Subramanian
                                                    Clerk

                                                    s/Laurie Cuaresma
                                                    Deputy Clerk

MINUTE ORDER - 1